IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19CR529-1 |
| ) | |
| MAURICE OWEN WILEY, JR., ) | |
| also known as "Tweet" ) | |

## VERDICT

**COUNT 1:** **18 U.S.C. § 1951(a) – Conspiracy to Commit a Hobbs Act Robbery**

Question 1. We, the jury, find the Defendant, MAURICE OWEN WILEY, JR.,

_Guilty_
(Guilty or Not Guilty)

of the offense charged in Count 1 of the Indictment, that is, conspiracy to interfere with commerce by robbery of the China Wok in Durham, North Carolina, from on or about April 13, 2018, continuing up to and including on or about April 15, 2018, in violation of Title 18, United States Code, Section 1951(a).

*Proceed to Question 2.*


**COUNT 2:** **18 U.S.C. § 1951(a) – Attempted Hobbs Act Robbery and 18 U.S.C. § 2 – Aiding & Abetting**

Question 2. We, the jury, find the Defendant, MAURICE OWEN WILEY, JR.,

_Guilty_
(Guilty or Not Guilty)

of the offense charged in Count 2 of the Indictment, that is, attempted Hobbs Act robbery of the China Work in Durham, North Carolina, on or about April 15, 2018, in violation of Title 18, United States Code, Sections 1951(a) and 2.

*Proceed to Question 3.*

**COUNT 3:** 18 U.S.C. § 924(o) – Conspiracy to Possess Firearms In Furtherance of a Crime of Violence

Question 3. We, the jury, find the Defendant, MAURICE OWEN WILEY, JR.,

_____Guilty_____
(Guilty or Not Guilty)

of the offense charged in Count 3 of the Indictment, that is, conspiracy to possess firearms in furtherance of a crime of violence on or about April 13, 2018, continuing up to and including April 15, 2018, in violation of Title 18, United States Code, Section 924(o).

*Proceed to Question 4.*

**COUNT 4:** 18 U.S.C. § 922(g)(1) –Felon in Possession of Ammunition

Question 4. We, the jury, find the Defendant, MAURICE OWEN WILEY, JR.,

_____Not Guilty_____
(Guilty or Not Guilty)

of the offense charged in Count 4 of the Indictment, that is, knowingly possessing ammunition on or about April 15, 2018, in violation of Title 18, United States Code, Section 922(g)(1).

*Please sign and date the Verdict.*

_____[signature]_____
Foreperson

This 27 day of April, 2021.